IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> DANIEL RODRIGUEZ ORTIZ <br> YARILIS CLAUDIO RIVERA <br><br> DEBTORS | CASE NO.: 24-04677 MCF <br><br> CHAPTER 13 |

**DEBTORS' MOTION AND NOTICE OF FILING OF AMENDED SCHEDULES "A/B" & "C" AND CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**NOW COME, DANIEL RODRIGUEZ ORTIZ and YARILIS CLAUDIO RIVERA,** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors are hereby submitting **Amended *Schedules "A/B" & "C"***, dated December 30, 2024, herewith and attached to this motion.

2. These amendments to Schedules "A/B" & "C" are filed to <u>include joint debtor's LLC's equipment *and claim the appropriate exemption.*</u>

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 30th day of December, 2024.

*/s/ Roberto A. Figueroa Colón*
ROBERTO A. FIGUEROA COLON
USDC #300105
ATTORNEY FOR DEBTORS
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR  00970-1635
TEL. NO. (787) 470-7699
EMAIL: rfigueroa@fslawpr.com

Fill in this information to identify your case and this filing:

Debtor 1: DANIEL RODRIGUEZ ORTIZ
First Name / Middle Name / Last Name

Debtor 2: YARILIS CLAUDIO RIVERA
(Spouse, if filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 24-04677-13

☑ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 URB VILLA DEL BOSQUE
       A-18 CALLE MARGARITA
       Street address, if available, or other description

       CIDRA, PR 00739
       City / State / ZIP Code

       Cidra
       County

   What is the property? Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? $125,000.00
   Current value of the portion you own? $125,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Fee Simple

   ☑ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ................→ $125,000.00

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

| 3.1 | | | |
|---|---|---|---|
| Make: | KTM | | |
| Model: | 390 Duke | | |
| Year: | 2021 | | |
| Approximate mileage: | | | |
| Other information: | | | |

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,110.00**
Current value of the portion you own? **$4,110.00**

If you own or have more than one, describe here:

| 3.2 | | |
|---|---|---|
| Make: | KTM | |
| Model: | 390 Duke | |
| Year: | 2022 | |
| Approximate mileage: | | |
| Other information: | | |

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$4,325.00**
Current value of the portion you own? **$4,325.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .............................................................................. ➔ **$8,435.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe. ......... | Household goods and furnishings | **$5,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe. ......... | 2 Cellphones, Computer, Laptop, 3 TV, Speaker | **$800.00**

Debtor RODRIGUEZ ORTIZ, DANIEL; CLAUDIO RIVERA, YARILIS    Case number *(if known)* 24-04677-13

8. **Collectibles of value**

    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No

    ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

    ☑ No

    ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........   | Clothing and personal effects | $500.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........   | Jewelry | $250.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................................. → $6,550.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes .................................................................................................................................... Cash: ..................

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes .....................                                  Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | **Banco Popular de Puerto Rico**<br>**Account Number: 7597** | $1.87 |
    | 17.2. Checking account: | **Banco Popular de Puerto Rico**<br>**Account Number: 6540** | $177.55 |
    | 17.3. Savings account: | **BuenaCoop**<br>**Shares & Savings**<br>**Account Number: 6460** | $1,483.78 |

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes .....................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them...................

    Name of entity:    % of ownership:

    **Intensive Fitness Studio LLC**    **100.00%**

    **Business Bank Account x9522 = $188.84**

    Equipment:
    1. Smith Machine (1) = $700.00
    2. Treadmill (2) = $1,200.00
    3. Elliptical (1) = $500.00
    4. Dumbbells Sets + Racks (2) = $2,000.00
    5. TRX Suspension Trainer System (2) = $120.00
    6. Exercise Yoga Ball (6) = $150.00
    7. Weighted Medicine Ball (3) = $80.00
    8. Jump Rope Weighted (1) = $50.00
    9. Fitness Jungle Machine (1) = $1,000.00
    10. Two Station Jungle Machine (1) = $2,000.00
    11. Weight Plate Set (2) = $400.00
    12. Fixed Curl Barbell Set (1) = $800.00
    13. Power Weight Bags (2) = $80.00
    14. Yoga Mat (6) = $100.00
    15. Stepper Machine (1) = $900.00
    16. TV 32" (2) = $150.00
    17. Small Fridge (1) = 100.00
    18. Gym Flooring Rubber 4'x8' (10) = $400.00
    19. Music System (1) = $75.00
    20. Olympic Barbell (2) = $180.00
    21. Weight Scale (1) = $75.00
    22. Step Box (3) = $150.00

    $11,398.84

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them...................

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No

    ☐ Yes ......................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes ......................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No

    ☐ Yes ......................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No

    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific information about them. ...

**Money or property owed to you?**                                          **Current value of the portion you own?**
                                                                            Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information. ........

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ................................................................................................................... → $13,062.04

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................................................... → $0.00

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ......... → $0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......... → $0.00

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ......... → $125,000.00

56. **Part 2: Total vehicles, line 5**    $8,435.00

57. **Part 3: Total personal and household items, line 15**    $6,550.00

58. **Part 4: Total financial assets, line 36**    $13,062.04

59. **Part 5: Total business-related property, line 45**    $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00

61. **Part 7: Total other property not listed, line 54**   +  $0.00

62. **Total personal property.** Add lines 56 through 61. ......    $28,047.04    Copy personal property total →  + $28,047.04

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ......    $153,047.04

| | | | |
|---|---|---|---|
| Debtor 1 | DANIEL | | RODRIGUEZ ORTIZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 | YARILIS | | CLAUDIO RIVERA |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of __Puerto Rico__

Case number  24-04677-13
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: URB VILLA DEL BOSQUE A-18 CALLE MARGARITA CIDRA, PR 00739 | $125,000.00 | ☑ $40,654.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Line from *Schedule A/B*: 1.1 | | | |

3. Are you claiming a homestead exemption of more than $189,050?
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | DANIEL | RODRIGUEZ ORTIZ | Case number *(if known)* 24-04677-13 |
|---|---|---|---|
| Debtor 2 | YARILIS | CLAUDIO RIVERA | |
| | First Name | Middle Name | Last Name |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Household goods and furnishings**<br>Line from Schedule A/B: 6 | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **2 Cellphones, Computer, Laptop, 3 TV, Speaker**<br>Line from Schedule A/B: 7 | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Clothing and personal effects**<br>Line from Schedule A/B: 11 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Jewelry**<br>Line from Schedule A/B: 12 | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description: **Banco Popular de Puerto Rico**<br>Checking account<br>Acct. No.: 7597<br>Line from Schedule A/B: 17 | $1.87 | ☑ $1.87<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **Banco Popular de Puerto Rico**<br>Checking account<br>Acct. No.: 6540<br>Line from Schedule A/B: 17 | $177.55 | ☑ $177.55<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Official Form 106C     Schedule C: The Property You Claim as Exempt     page 2 of 4

| Debtor 1 | DANIEL | RODRIGUEZ ORTIZ | Case number *(if known)* 24-04677-13 |
|---|---|---|---|
| Debtor 2 | YARILIS | CLAUDIO RIVERA | |
| | First Name   Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Intensive Fitness Studio LLC Business Bank Account x9522 = $188.84 Equipment: 1. Smith Machine (1) = $700.00 2. Treadmill (2) = $1,200.00 3. Elliptical (1) = $500.00 4. Dumbbells Sets + Racks (2) = $2,000.00 5. TRX Suspension Trainer System (2) = $120.00 6. Exercise Yoga Ball (6) = $150.00 7. Weighted Medicine Ball (3) = $80.00 8. Jump Rope Weighted (1) = $50.00 9. Fitness Jungle Machine (1) = $1,000.00 10. Two Station Jungle Machine (1) = $2,000.00 11. Weight Plate Set (2) = $400.00 12. Fixed Curl Barbell Set (1) = $800.00 13. Power Weight Bags (2) = $80.00 14. Yoga Mat (6) = $100.00 15. Stepper Machine (1) = $900.00 16. TV 32" (2) = $150.00 17. Small Fridge (1) = 100.00 18. Gym Flooring Rubber 4'x8' (10) = $400.00 19. Music System (1) = $75.00 20. Olympic Barbell (2) = $180.00 21. Weight Scale (1) = $75.00 22. Step Box (3) = $150.00** | $11,398.84 | ☒ $11,398.84<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from *Schedule A/B*: 19 | | | |

# Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from Schedule A/B | Amount of the exemption you claim  Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | DANIEL | | RODRIGUEZ ORTIZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | YARILIS | | CLAUDIO RIVERA |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | District of Puerto Rico | |
| Case number (if known) | 24-04677-13 | | |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ DANIEL RODRIGUEZ ORTIZ
DANIEL RODRIGUEZ ORTIZ, Debtor 1

Date 12/30/2024
MM/ DD/ YYYY

X /s/ YARILIS CLAUDIO RIVERA
YARILIS CLAUDIO RIVERA, Debtor 2

Date 12/30/2024
MM/ DD/ YYYY

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 24-04677-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Mon Dec 30 13:53:39 AST 2024 | BANCO POPULAR DE PUERTO RICO (BD)<br>BERMUDEZ & DIAZ LLP<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | COOP A/C AGUAS BUENAS<br>PO BOX 5<br>AGUAS BUENAS, PR 00703-0005 |
| ORIENTAL BANK CCU<br>CCU BANKRUPTCY DEPARTMENT<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AAFES<br>Attn: Bankruptcy<br>PO Box 650060<br>Dallas, TX 75265-0060 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 |
| BANCO POPULAR DE PUERTO RICO<br>BERMUDEZ & DIAZ LLP<br>P.O. BOX. 362708<br>SAN JUAN, PUERTO RICO 00936-2708 | Banco Popular de Puerto Rico<br>Attn: Bankruptcy<br>PO Box 71589<br>San Juan, PR 00936-8689 | Banco Popular de Puerto Rico<br>Attn: Bankruptcy 1790 PR-8838<br>San Juan, PR 00926 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Comenity Bank/Express<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Costco Citi Card<br>Attn: Bankruptcy<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | FIRSTBANK<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION -(CODE 248)<br>PO BOX 9146, SAN JUAN PR 00908-0146 |
| First Bank Puerto Rico<br>Attn: Bankruptcy/FirstLine Solutions<br>PO Box 9146<br>San Juan, PR 00908-0146 | First Federal Savings Bank/ Firstbank Pr<br>Attn: Bankruptcy<br>PO Box 9146<br>San Juan, PR 00908-0146 | Firstbank Puerto Rico<br>Attn: Bankruptcy<br>PO Box 9146<br>San Juan, PR 00908-0146 |
| Freedom Road Financial<br>Attn: Bankruptcy Attn: Bankruptcy<br>10509 Professional Circle , Suite 100<br>Reno, NV 89521-4883 | FreedomRoad Financial<br>10509 Professional Circle Ste 100<br>Reno, NV 89521-4883 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| Kiwifinance<br>33 Calle Resolucion Chubb Plaz<br>San Juan, PR 00920-2706 | (p)LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN PR 00936-4267 | MONEY EXPRESS<br>CONSUMER SERVICE CENTER<br>BANKRUPTCY DIVISION (CODE 248)<br>PO BOX 9146, SAN JUAN PR 00908-0146 |
| MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA, P.R. 00739-0674 | Mueberrios<br>Aptdo 674<br>Cidra, PR 00739-0674 | Navient<br>Attn:  Bankruptcy<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |

| | | |
|---|---|---|
| Oriental Bank<br>Retail Operation & Collections<br>Box 364745,<br>San Juan, P.R. 00936-4745<br>Att.: Ramn A. Snchez Marrero 00936-4745 | T Mobile/T-Mobile USA Inc<br>by AIS Infosource, LP as agent<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | USAA Federal Savings Bank<br>Attn: Bankruptcy 9800 Fredericksburg Roa<br>San Antonio, TX 78288-0002 |
| USAA Federal Savings Bank<br>Robertson, Anschutz, Schneid, Crane & Pa<br>13010 Morris Rd., Suite 450<br>Alpharetta, GA 30004-2001 | DANIEL RODRIGUEZ ORTIZ<br>URB VILLA DEL BOSQUE<br>A 18 CALLE MARGARITA<br>CIDRA, PR 00739 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| OSMARIE NAVARRO MARTINEZ<br>CHAPTER 13 TRUSTEE<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | ROBERTO ARISTIDES FIGUEROA COLON<br>FIGUEROA & SERRANO PSC<br>PO BOX 1635<br>GUAYNABO, PR 00970-1635 | YARILIS CLAUDIO RIVERA<br>URB VILLA DEL BOSQUE<br>A 18 CALLE MARGARITA<br>CIDRA, PR 00739 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| LUMA ENERGY<br>REVENUE PROTECTION<br>PO BOX 364267<br>SAN JUAN, 00936 | (d)LUMA Energy<br>PO Box 363508<br>San Juan, PR 00936-3508 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Coop A/C Aguas Buenas<br>PO Box 5<br>Aguas Buenas, PR 00703-0005 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     1<br>Total                  39 |