## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**DANIEL RODRIGUEZ ORTIZ**
**YARILIS CLAUDIO RIVERA**

**xxx–xx–6429**
**xxx–xx–3151**

Debtor(s)

Case No. **24–04677 MCF**

Chapter **13**

FILED & ENTERED ON 8/1/25

### *ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION*

This case is before the Court on the Debtors' motion under 11 USC § 1329 to modify the confirmed plan and to confirm the amended plan 7/7/25 (docket entry #39). It appearing that due notice was given and that there are no objections, the Court hereby grants the Debtors' motion.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, August 1, 2025 .

Mildred Caban Flores
United States Bankruptcy Judge